# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEROME ALLEN BARGO                                           PLAINTIFF

VS.                          CASE NO. 5:16CV00270 JM/PSH

RAYMOND NAYLOR, et al.                                       DEFENDANTS

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 15th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE